NOTE: CHANGES MADE BY THE COURT

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG JARVIS,<br><br>                Plaintiff,<br><br>vs.<br><br>SEAFARERS INTERNATIONAL UNION, SEAFARERS PENSION PLAN, et al.<br><br>                Defendant. | Case No.: 2:19-CV-02635-RGK-KS<br><br>Assigned to Hon. R. Gary Klausner<br><br>**[PROPOSED] FINAL JUDGMENT** |

On October 17, 2019, Defendant Seafarers Pension Plan ("Defendant") filed a Motion for Summary Judgment ("Motion") as to all claims alleged in Plaintiff Greg Jarvis' ("Plaintiff") First Amended Complaint. The Court took the Motion under submission and, on December 9, 2019, issued an Order granting Defendant's Motion. Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This action be, and hereby is, dismissed in its entirety with prejudice;

2. Final Judgment is hereby entered in favor of Defendant and against Plaintiff as to all claims alleged in the First Amended Complaint; and

3. ~~Defendant, as the prevailing party, is entitled to recover its costs under Fed. R. Civ. P. 54(d) and Local Rule 54~~.

IT IS SO ORDERED.

Dated: December 19, 2019    By: _____
                                Hon. R. Gary Klausner
                                U.S DISTRICT COURT JUDGE